# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0057
LT Case No. 55-2018-CF-1240-A

_____

ANTHONY BRIAN CONLEY,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Rachael E. Reese, of Rachael Reese, PA, Tampa, for Petitioner.

No Appearance for Respondent.

January 31, 2025

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and treated as the notice of appeal from the November 13, 2024 order denying Petitioner's motion for postconviction relief rendered in Case No. 55-2018-CF-1240-A, in the Circuit Court in and for St. Johns County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

JAY, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____